ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona
Gordon E. Davenport III
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email:gordon.davenport.iii@usdoj.gov
Attorneys for Plaintiff

FILED

2018 OCT 31  AM 8: 39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ramon Antonio Monreal-Rodriguez,<br>Miguel Armando Cordova, Jr.,<br><br>Defendant. | CR18-2215TUC JAS-JR<br><br>I N D I C T M E N T<br><br>VIO: 21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Cocaine)<br>Count 1<br><br>SEALED |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown, to on or about September 18, 2018, at or near Topowa, Arizona, in the District of Arizona, **RAMON ANTONIO MONREAL-RODRIGUEZ** and **MIGUEL ARMANDO CORDOVA, JR.**, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL
/ S /

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

/ S /

Assistant U.S. Attorney

Dated: October 31, 2018

**REDACTED FOR PUBLIC DISCLOSURE**